UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>JEFFREY YOHAI,<br><br>          Defendant. | CR No. CR-18 00011-AB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2014, and continuing through at least February 24, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEFFREY YOHAI ("YOHAI"), together with others known and unknown, conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant YOHAI and his co-conspirators would trick financial institutions and wealthy individuals into providing defendant YOHAI with money by falsely indicating that he was a good credit

risk, that the funds he sought would be used to develop properties that would provide returns to investors or serve as collateral to lenders, and that the properties had been developed to such an extent that defendant YOHAI was eligible for progress payments. Defendant YOHAI would misdirect funds obtained for a specified purpose and use them instead to pay other debts, including personal expenses. Defendant YOHAI and his co-conspirators would also lull investors and creditors into believing falsely that their money had been put to the stated purposes, and that they would soon be repaid, by lying about the status of projects and forging business documents. Defendant YOHAI and his co-conspirators intended to execute, and did execute, this fraudulent scheme through the use of interstate wires.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before 2014, and continuing through at least February 24, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEFFREY YOHAI knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One.

NICOLA T. HANNA
United States Attorney



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section