

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jeffrey Yohai DEFENDANT(S). | CASE NUMBER<br>CR No. 18-00011- AB<br><br>**WAIVER OF INDICTMENT**<br>UNDER SEAL |
|---|---|

I, __Jeffrey Yohai_____, the above-named defendant, who is accused of __Conspiracy to commit wire fraud; Aggravated identity theft_____, in violation of __18 U.S.C. 1349:_____ 18 U.S.C. 1028A:_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __01/31/2018_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: __1-31-18_____

_____
*Interpreter*

Before _____
*Judicial Officer*