# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00011        Recorder: CS 01/31/2018        Date: 01/31/2018

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: James R. Munoz, II                Assistant U.S. Attorney: Andrew Brown

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JEFFREY YOHAI<br>BOND-PRESENT | HILARY POTASHNER<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Andre Birotte Jr..
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Carla Badirian at ( 213 ) 894-2833 regarding the setting of dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: JRMII by TRB