HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4453
Facsimile:  (213) 894-0081

Attorneys for Defendant
JEFFREY YOHAI

FILED
CLERK, U.S. DISTRICT COURT
8/16/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CB___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY YOHAI,<br><br>          Defendant. | Case No. CR-18-11-AB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(ENTIRE CASE IS UNDER SEAL)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Andrew Brown, and defendant Jeffrey Yohai, by and through his attorney of record, Federal Public Defender Hilary Potashner, that the sentencing hearing scheduled for October 5, 2018, be continued until January 18, 2019, at 1:30 p.m.

Defense counsel requests this continuance because she needs additional time to prepare for sentencing.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: August 13, 2018        By  /s/ HILARY POTASHNER
                                  HILARY POTASHNER
                                  Federal Public Defender
                                  Attorney for
                                  JEFFREY YOHAI


NICOLA T. HANNA
United States Attorney

DATED: August 13, 2018        By  /s/ ANDREW BROWN
                                  ANDREW BROWN
                                  Assistant United States Attorney
                                  Attorneys for
                                  UNITED STATES OF AMERICA

2