Hilary Potashner
Federal Public Defender
SBN: 167060
321 E. 2nd Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
2/25/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CB  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jeffrey Craig Yohai DEFENDANT. | CASE NUMBER CR 18-11-AB |
|---|---|
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Jeffrey Craig Yohai
that a hearing be held to review /reconsider the decision of

☑ United States District Judge Andre Birotte Jr.      by order dated: 11/13/2018

☐ Magistrate Judge _____       by order dated: _____

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:


Relief sought *(be specific)*:
Bond conditions to be set.


Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to   ☑ AUSA  ☐ Defendant's Counsel  ☑ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on _____.

An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

February 25, 2019                              s/Hilary Potashner
Date                                           Moving Party

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)