# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 18-00011-AB |
| Date | November 13, 2018 |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Carla Badirian | Chia Mei Jui | Andrew Brown |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Yohai | √ | √ | | FPD, Hilary L Potashner | √ | √ | |

**Proceedings:** ▓▓▓▓▓▓ SHOW CAUSE HEARING WHY BOND SHOULD NOT BE REVOKED (Held and Completed)

Also present is Pretrial Services Officer, Devona Gardner.

The matter is before the Court following the letter received from Pretrial Services (Dkt. No. 32).

The Court has reviewed and considered the report submitted by Pretrial Services. Court and counsel confer.

The Court finds that there is no condition or combination of conditions that would reasonably assure the appearance and safety of the defendant's appearance and the safety of the community if defendant were released. Defendant is ORDERED to remain in custody pending trial in this matter.

The transcript to this proceeding ▓▓▓▓▓▓▓▓▓▓▓▓ ordered sealed.

IT IS SO ORDERED.

CC: PSA, BOP

00 : 30

Initials of Deputy Clerk  CB