

UNITED STATES GOVERNMENT

# MEMORANDUM

*METROPOLITAN DETENTION CENTER*
*LOS ANGELES, CALIFORNIA*

January 31, 2019

MEMORANDUM FOR A. DELGADO, SIS TECHNICIAN

From: S. Marroquin, SIS Tech

Subject: Yohai, Jeffery, Reg. No. 75866-112

On January 31, 2019, I observed inmate Yohai, Jeffrey, Reg. No. 75866-112, acting very suspicious.  I conducted an interview in the Visiting Room Shakedown area.  Yohai stated,                                                                I do not do drugs because I have been in drug rehab before.  I just gamble in the unit and send a lot of money to other inmates."·  Due to his statement and his suspicious behavior, I conducted a Suspect UA test on inmate Yohai.  The sample was then sent to the laboratory for confirmation.



INCIDENT REPORT

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

Incident Report #

## PART I - INCIDENT REPORT

**1. NAME OF INSTITUTION:** MDC LOS ANGELES

| 2. NAME OF INMATE: YOHAI, JEFFREY | 3. REGISTER NUMBER: 75866-112 | 4. DATE OF INCIDENT: 01-31-19 | 5. TIME: 12:57 P.M. |
|---|---|---|---|
| 6. PLACE OF INCIDENT: VISITNG ROOM | 7. ASSIGNMENT: UNASSIGN | 8. UNIT: 6-NORTH | |

**9. INCIDENT:** Use of narcotics or drug paraphernalia not prescribed for the individual by medical staff.

**10. CODE:** 112

**Description of Incident** (Date: _FEBRUARY 27, 2019_   Time: _2:48 P.M.._   **Staff became aware of Incident**)

On Thursday, January 31, 2019 at approximately 12:57 P.M. Inmate YOHAI, JEFFREY Reg. No. 75866-112 provided a urine sample to staff. Inmate YOHAI, JEFFREY Reg. No. 75866-112 signed the chain of custody form acknowledging that urine sample B0P0003553196 was his sample. On February 7, 2019 at approximately 10:05 A.M. our staff received notification from the Phamatech Laboratories informing us that urine sample B0P0003553196 had yielded positive for AMPHETAMINES/METHAMPHETAMINE/COCAINE/BENZOYLECGONINE. A review of inmate YOHAI, JEFFREY medical records on February 27, 2019 by medical staff revealed that inmate YOHAI, JEFFREY was not prescribed any medication that would cause him to yield a positive result for AMPHETAMINES/METHAMPHETAMINE/COCAINE/BENZOYLECGONINE.

| 12. SIGNATURE OF REPORTING EMPLOYEE: | TIME/DATE: 12:33 P.M. 3-1-2019 | 13. NAME AND TITLE (Printed):A. DELGADO SIS Technician |
|---|---|---|
| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY: | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |

## PART II - COMMITTEE ACTION

**17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT:**

**18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:**

_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.

**B.** _____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING

**C.** _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

**19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION:**

**20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT):**

**21. DATE AND TIME OF ACTION** _____ **(THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)**

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|



**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

*METROPOLITAN DETENTION CENTER*

*535 N. Alameda Street*
*Los Angeles, CA 90012*

February 27, 2019

**MEMORANDUM TO : ABEL DELGADO, SIS TECHNICIAN MDC LOS ANGELES**

FROM:        Forbes, Michael
             Acting Health Service Administrator
SUBJECT:     Positive urine drug test for inmate Yohai, Jeffrey Reg # 75866-112

A review of the medical chart on inmate Yohai, Jeffrey Reg # 75866-112
reveals that the inmate is not actively taking a prescriptions that would render a positive test for
AMPHETAMINES, METHAMPHETAMINES, COCAINE OR BENZOYLECGONINE.
Patient was tested on 1/03/2019. His chart review covered all entries from time of intake on 07
November 2018 to present.

If you have any questions. Please contact me at ext 5114.

# Federal Bureau of Prisons Chain of Custody Form



BOP0003553196
0003553196

SPECIMEN ID NO.: B O P 0 0 0 3 5 5 3 1 9 6

## STEP 1: TO BE COMPLETED BY STAFF

A. Institution Name, Address and Account No.

LOS0260 - Los Angeles MC
535 N. Alameda St.
Los Angeles, CA 80012

9237

B.   YOHAI, JEFFREY CRAIG                      Inmate's Register No.: 75866-112
(PRINT) Inmate's Name (Last, First, MI)

C.  Time Requested: 11 30   Time Provided: 1257   Date Collected 0 | 3 | 2019   Drug Cup Results: ☐ Negative ☑ Positive
24 hour clock "Military Time"      24 hour clock "Military Time"   Mo.  Day  Year

D. Test Reason:  ☐ Random  ☐ Prior Use  ☑ Suspect  ☐ Disruptive Group  ☐ Saturation  ☐ Community  ☐ Other

## STEP 2: INMATE CERTIFICATION

I have provided this specimen for the purpose of a drug screen. I acknowledge that the container was sealed with the tamper-proof seal in my presence and that the specimen number provided on this form and on the label affixed to the specimen container are the same.

X.

INMATE'S SIGNATURE

X.

Witness Signature (If Inmate refuse or unable to sign)      PRINT (Witness Name)

## STEP 3: STAFF CERTIFICATION

I certify that the specimen given to me by the inmate identified on this form was collected, labeled, and sealed in accordance with BOP Requirements

X.
Signature of Staff      MARROQUIN, SIS TECH
(PRINT) Staff Name (Last, First, MI)

## STEP 4: TO BE COMPLETED BY STAFF

A. Request Confirmation For (drug screen on the 10 drug cup):

☑ AMP  ☐ BAR  ☐ BZD  ☑ COC  ☑ MET  ☐ MTD  ☐ OPI  ☐ OXY  ☐ PCP  ☐ THC

B. Request Confirmation For (not on 10 drug cup):

☐ Buprenorphine  ☐ Ecstasy  ☐ Steroids  ☐ K2 Spice  ☐ OTHER

C. Date Shipped: _____   Airbill Number: _____   Staff Initials: _____

TO BE COMPLETED BY LABORATORY:

X. _____
Received by Signature

_____   Date Received: | | |
(PRINT) Received by Name (Last, First, MI)   Mo.  Day  Year

Specimen Bottle seal intact
☐ YES
☐ NO, Enter Remarks

Remarks:
Tube
TR # 3229473



BOP0003553196
0003553196

B  _/_/_
DATE   INMATES INITIALS   COLLECTION TIME

BOP0003553196

BOP0003553196
0003553196

(4)



BOP0003553196
0003553196

COPY 1 - BUREAU OF PRISONS



**Phamatech Laboratories**
15175 Innovation Dr.
San Diego, CA  92128
(877)635-5840 fax (858)643-5781

**Report To**  Los Angeles MDC
Los Angeles MDC

**Client**  BOP - Los Angeles MDC
**Location**
**Collector**  MARROQUIN SIS TECH

## Sample Information

| | | | | |
|---|---|---|---|---|
| **Specimen ID** | 0003553196 | **Test Reason** | Reasonable Suspicion | |
| **Donor ID** | 0003553196 | **Type** | Urine | |
| **Lab Sample ID** | 10204638 | **Collected** | 1/31/2019 12:57 | |
| **SSN / ID#** | | **Received** | 2/4/2019 15:29 | |
| | | **Report Date** | 2/7/2019 10:05 | PST |

## Tests Requested

01LCONNNHY   Laboratory Amp 250/25 Panel     **Sample**  POSITIVE
01LCONNNIB   Laboratory Coc 150/20 Panel

| Test | Result | Quantitation | Screen Limit | Confirm Limit |
|---|---|---|---|---|
| AMPHETAMINES | POSITIVE | | 250 ng/mL | |
| Amphetamine | POSITIVE | 3033 ng/mL | | 25 ng/mL |
| Methamphetamine | POSITIVE | 17115 ng/mL | | 25 ng/mL |
| COCAINE | POSITIVE | | 150 ng/mL | |
| Benzoylecgonine | POSITIVE | 400 ng/mL | | 20 ng/mL |



BP-A0304
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

### DISCIPLINE HEARING OFFICER REPORT

**FEDERAL BUREAU OF PRISONS**

| Institution: | MDC Los Angeles | Incident Report Number: | | | 3229473 | |
|---|---|---|---|---|---|---|
| NAME OF INMATE: | YOHAI, Jeffrey | REG. NO.: | 75866-112 | | UNIT: | 6-North |
| Date of Incident Report: | March 1, 2019 @ 12:33 p.m. | Offense Code: | 112 | | | |
| Date of Incident: | January 31, 2019 @ 12:57 p.m. | | | | | |
| Summary of Charges: | Use of Narcotics | | | | | |

### I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on:

(date) March 1, 2019  at (time) 5:45 p.m.  (by staff member) M. Booker, Lieutenant

B. The DHO Hearing was held on (date) March 5, 2019  at (time) 11:25 a.m.

C. The inmate was advised of the rights before the DHO by (staff member):

Turner  on (date) March 5, 2019 @ 10:35 a.m.  and copy of the advisement of rights form is attached.

### II. STAFF REPRESENTATIVE

| A. Inmate waived right to Staff Representative. | Yes: | X | No: | |
|---|---|---|---|---|

| B. Inmate requested Staff Representative and | N/A | appeared. |
|---|---|---|

| C. Staff Representative statement: | N/A |
|---|---|

D. Requested Staff Representative declined or could not appear, but inmate was advised of option to postpone hearing to obtain another Staff Representative with the result that:

(New Staff Representative Name) N/A  was selected.

| E. Staff Representative : | N/A | was appointed. |
|---|---|---|

### III. PRESENTATION OF EVIDENCE

| A. Inmate: | Admits | | Denies | X | Neither | | the charge(s). |
|---|---|---|---|---|---|---|---|

B. Summary of Inmate Statement: YOHAI, Jeffrey, Reg. No. 75866-112, appeared at this hearing and acknowledged receiving a copy of this incident report. He stated he understood his rights before the DHO. He raised no issues about the disciplinary process to this point.

YOHAI denied the charge and stated he never initialed cup seal during his DHO Hearing. He did not submit any written documentation or evidence on his behalf for consideration by the DHO.

C. Witnesses:

| 1. Inmate waived right to witness(es). | Yes: | X | No: | |
|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared (each witness and statement listed below):

⑥

1

BP-A0304
JAN 17

### DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

---

N/A

3.  The following person requested were not called for the reason(s) given (each witness and statement listed below):

N/A

| **Name of Inmate:** | YOHAI, Jeffrey | **Reg. No.:** | 75866-112 | **Hearing Date:** | March 5, 2019 |

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (each witness name and statement listed below).

N/A

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:
1.  Laboratory Report for Specimen No: BOP0003553196 indicating the specimen received at the Pharmatech Laboratories indicated a positive test result for Amphetamines/Methamphetamine/Codeine/Benzoylecgonine.
2.  Memorandum from M. W. Forbes, Health Services Administrator, indicating you (YOHAI, Jeffery, Reg. No. 75866-112) were not prescribed any medication that would give you a positive urine test for Amphetamines/Methamphetamine/ Codeine/Benzoylecgonine.
3.  Federal Bureau of Prisons Chain of Custody Form for Specimen ID NO. BOP0003553196 which was signed by you on January 31, 2019, at 12:57 p.m., indicating you provided the urine contained in the aforementioned specimen bottle.

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because: N/A

### IV. FINDINGS OF THE DHO

| X | A. The act was committed as charged. |

| | B. The following act was committed: |

| | C. No prohibited act was committed:  Expunge according to Inmate Discipline PS. 5207.09. |

### V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS
(Physical evidence, observations, written documents, etc.):



BP-A0304
JAN 17
U.S. DEPARTMENT OF JUSTICE

## DISCIPLINE HEARING OFFICER REPORT

FEDERAL BUREAU OF PRISONS

The DHO finds you committed the prohibited act of Use of Narcotics when you received a positive urine analysis test for Amphetamines/Methamphetamine/Codeine/Benzoylecgonine because of a urine sample you provided on January 31, 2019, at 12:57 p.m.

It should be noted your incident report was written on March 1, 2019, for an incident that happened on January 31, 2019, as this was the date the SIS Office became aware of the test results from the urine sample you provided and had an opportunity to review your medical file. The DHO determined this did not hinder your due process rights nor affect your ability to file an appeal.

You stated you were advised of your rights and you stated you understood your rights. You were again made aware of your rights before the DHO. You did not request for a staff representative to assist you in preparing a defense nor did you request for any witnesses. You have been afforded due process and have had ample time to prepare a defense prior to your Discipline Hearing.

The DHO relied on the reporting staff member's account of you (YOHAI, Jeffrey, Reg. No. 75866-112) providing urine sample BOP0003553196 on January 31, 2019, at 12:57 p.m. The DHO relied on the positive test result for Amphetamines/Methamphetamine/ Codeine/Benzoylecgonine from Pharmatech Laboratories for Specimen No. BOP0003553196. The DHO relied on a memorandum from M. W. Forbes, Health Services Administrator, indicating you were not prescribed any medication that would give you a positive urine test for Amphetamines/Methamphetamine/Codeine/Benzoylecgonine. The DHO relied on Federal Bureau of Prisons Chain of Custody Form for Specimen ID NO. BOP0003553196 which was signed by you on January 31, 2019, at 12:57 p.m., indicating you provided the urine contained in the aforementioned specimen bottle.

The DHO considered during the initial investigation when asked if the incident report was true you had no comment. The DHO drew an adverse inference against you for remaining silent during the initial investigation. It was not the only fact used to determine you committed the prohibitive act. However, it was noted you did not refute the charge contained in the incident report when you were given the opportunity. The DHO relied upon his experience in a correctional environment that inmates facing a serious charge of this nature, present evidence in their defense, if they perceive the charges are false or unwarranted. The DHO considered when asked in the incident report was true during your UDC review you stated, "I would like to see a copy of the test and also speak to Officer Delgado. I never initialed the strip which makes it a false test." This statement in the DHO's opinion was an attempt by you to dismiss yourself from culpability for testing positive for drug use. The DHO considered you denied the charge and stated you never initialed the cup seal during your DHO Hearing. Again this statement in the DHO's opinion was an attempt by you to dismiss yourself from culpability for testing positive for drug use. It should also be noted the DHO reviewed all of the paperwork with you concerning this incident report during the hearing.

Although you denied the charge and stated you never initialed the cup seal during your DHO Hearing, the DHO based the decision on a greater weight of evidence. The DHO gave the greater weight of evidence to the positive test result from the laboratory for Amphetamines/Methamphetamine/Codeine/Benzoylecgonine. The DHO gave the greater weight of evidence to the supporting memorandum from the Health Services Administrator which documented you were not prescribed any medication which would yield a positive test result for Amphetamines/Methamphetamine/ Codeine/Benzoylecgonine. The DHO gave the greater weight of evidence to the Chain of Custody Form for Specimen ID NO. BOP0003553196 which was signed by you indicating you provided the sample in the above-referenced specimen bottle. The DHO did not believe your argument you did not initial the seal on the cup.

Therefore, based on a greater weight of evidence, the DHO finds you committed the prohibited act of Using Narcotics, Code 112.



3

BP-A0304
JAN 17

## DISCIPLINE HEARING OFFICER REPORT

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| VI. SANCTION OR ACTION TAKEN (list each prohibited act with respective sanctions for that act): |
|---|
| Disciplinary Segregation - 30 Days<br>Disallowed Good Conduct Time- 41 Days, If Inmate Receives Federal Sentence and Earns GCT<br>Loss of Visiting Privileges – 3 Months<br>Loss of Commissary Privileges – 3 Months |

| VII. REASON FOR SANCTION OR ACTION TAKEN: |
|---|
| The action or behavior of an inmate to use unauthorized narcotics in a correctional environment threatens not only the health, safety, and welfare of himself, but that of all other inmates and staff within the institution. Narcotics are considered hazardous because they have been known to lead to violence in a prison setting.<br><br>Disciplinary segregation was imposed by the DHO, to correct your misconduct.<br><br>The loss of good conduct time was imposed by the DHO, due to the severity of the offense.<br><br>The loss of visiting privileges was imposed by the DHO, because the visiting room has been known to lead to introduction of drugs into correctional facilities.<br><br>The loss of commissary privileges was imposed by the DHO, to deter you from committing future acts of misconduct of this nature.<br><br>These sanctions have been imposed to correct the present inappropriate behavior and deter future behavior of this type. The DHO hopes the sanctions will motivate you towards more self-discipline in the future. |

| VIII. APPEAL RIGHTS: |
|---|
| __X__ The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate. |

### IX. DISCIPLINE HEARING OFFICER

| Printed Name | Signature | Date |
|---|---|---|
| R. Ali, Discipline Hearing Officer | | March 8, 2019 |

| DHO Report Delivered to Inmate by: | | |
|---|---|---|
| Printed Name (Staff) | Signature | Date and Time: |
| R. Ali, Discipline Hearing Officer | | |

4

⑨

Date:     03/13/2019
Time:     10:57 AM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

YOHAI, JEFFREY

Reg #:    75866112          Start Dt: 11/1/2018          End Dt: 3/13/2019

☑ Money Received     ☑ Money Sent      ☑ Contact List      ☑ Addresses     ☑ Phone List     ☐ Calls
☐ Email List         ☐ Messages        ☐ Visitor List      ☐ Visits        ☐ Timeline

## Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3/7/2019 8:02:45 AM | LOS | Western Union | $200.00 | YOHAI, STEFANIE | | | | | |
| 2/20/2019 7:02:53 PM | LOS | Western Union | $160.00 | YOHAI, STEFANIE | | | | | |
| 2/16/2019 7:02:25 AM | LOS | Western Union | $100.00 | YOHAI, STEFANIE | | | | | |
| 1/29/2019 3:02:51 PM | LOS | Western Union | $250.00 | YOHAI, STEFANIE | | | | | |
| 1/14/2019 9:02:52 AM | LOS | Western Union | $250.00 | YOHAI, STEFANIE | | | | | |
| 12/28/2018 8:02:51 AM | LOS | Western Union | $300.00 | YOHAI, STEFANIE | | | | | |
| 12/11/2018 11:02:46 AM | LOS | Western Union | $200.00 | YOHAI, STEFANIE | | | | | |
| 12/3/2018 11:03:39 AM | LOS | Western Union | $300.00 | FTONI, LUCIANA | | | | | |
| 11/28/2018 10:02:46 AM | LOS | Western Union | $200.00 | YOHAI, STEFANIE | | | | | |
| 11/26/2018 1:02:45 PM | LOS | Western Union | $200.00 | YOHAI, STEFANIE | | | | | |
| 11/18/2018 2:03:03 PM | LOS | Western Union | $200.00 | YOHAI, STEFANIE | | | | | |
| 11/13/2018 8:02:56 AM | LOS | Western Union | $150.00 | YOHAI, STEFANIE | | | | | |
| 11/9/2018 1:03:28 PM | LOS | Money Gram | $150.00 | YOHAI, STEFANIE | | | | | |

## Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 1/17/2019 8:01:52 AM | LOS | Gift | ($50.00) | Sanchez, Glamis | | SYLMAR | CA | 91342 |
| 1/16/2019 4:55:15 AM | LOS | Gift | ($200.00) | Flores, Lissette | | GLENDALE | AZ | 85308 |
| 1/14/2019 4:58:28 AM | LOS | Gift | ($68.00) | Sanchez, Glamis | | SYLMAR | CA | 91342 |

User ID:   TF33353

Page 1 of 6



Date:   03/13/2019
Time:   10:57 AM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|
| 1/14/2019 4:58:21 AM | LOS | Gift | ($90.00) Tapia, Susanna | | MONTCLAIR | CA | 91763 |
| 1/10/2019 5:25:36 AM | LOS | Gift | ($50.00) Jaimez, Monique | | CORONA | CA | 92880 |
| 12/26/2018 5:45:58 AM | LOS | Gift | ($200.00) Holguin, Fernando | | SANTA FE SPRINGS | CA | 90670 |
| 12/26/2018 5:44:25 AM | LOS | Gift | ($90.00) Sanchez, Glamis | | SYLMAR | CA | 91342 |
| 12/14/2018 5:43:26 AM | LOS | Bills | ($80.00) Rockett, Tracey | | LONG BEACH | CA | 90805 |
| 12/11/2018 6:59:53 AM | LOS | Bills | ($90.00) Munoz, Maria E | | MONTCLAIR | CA | 91763 |
| 12/11/2018 6:58:59 AM | LOS | Bills | ($42.00) Tapia, Jessica | | CHINO | CA | 91710 |

## Contact List

| Contact Nm | | Relationship | Email | Phone | Mail |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☑ |
| Flores, Lissette | | Friend | | | |

User ID:   TF33353

Page 2 of 6

⑪

Date: 03/13/2019
Time: 10:57 AM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified



| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| Holguin, Fernando | Other Relation | ☐ | ☐ | ☑ |
| Holguin, Joseph | Friend | ☐ | ☐ | ☑ |
| Jaimez, Monique | Friend | ☐ | ☐ | ☑ |
| Munoz, Maria E | Friend | ☐ | ☐ | ☑ |
| Rockett, Tracey | Parent | ☐ | ☐ | ☑ |
| Sanchez, Briana | Friend | ☐ | ☐ | ☑ |
| Sanchez, Glamis | Friend | ☐ | ☐ | ☑ |
| Tapia, Jessica | Friend | ☐ | ☐ | ☑ |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Contact Nm | Relationship | Address | City | State | Zip |

(12)





## Brown, Andrew (USACAC)

**From:** Brown, Andrew (USACAC)
**Sent:** Thursday, November 29, 2018 11:08 AM
**To:** 'Hilary Potashner'
**Subject:** RE: Yohai discovery

Hilary:

You are right; the drive does not have the 302s etc. on it due to a miscommunication.  Sherine is working on getting you those.  To tide you over, I offer you one of my favorite text message exchanges from your client's phone:

> On September 26, 2018, an associate of Yohai's told him that one homeowner had contacted law enforcement because Yohai had been renting the property without his authority.  The associate texted, *"You're no Dudley do right in the house rentals bro you know what I'm talking about haha"* and Yohai responded, *"I'm the furthest thing from Dudley do right[.] I'm Dudley do wrong[.] I'm Dudley do whatever the fuck he wants[.]"*

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov

**From:** Hilary Potashner <Hilary_Potashner@fd.org>
**Sent:** Wednesday, November 28, 2018 7:15 PM
**To:** Brown, Andrew (USACAC) <ABrown3@usa.doj.gov>
**Subject:** Re: Yohai information attached

I think the hard drive had the contents of Yohai's phone(s).  But it didn't have whatever discovery you had in advance of filing the new complaint.

Thanks for being flexible on the PIA date.  I'll put a stip together in the next few days.

Hilary Potashner
Federal Public Defender
Central District of California

On Wed, Nov 28, 2018 at 7:06 PM -0800, "Brown, Andrew (USACAC)" <Andrew.Brown@usdoj.gov> wrote:

Are you saying nothing was on the disk?  I do not have a copy yet.  Only Sherine does and, I thought, you.

I have no objection to continuing Yohai's PIA any number of days that you like to the next week (12/10-14).

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov

**From:** Hilary Potashner <Hilary_Potashner@fd.org>
**Sent:** Wednesday, November 28, 2018 6:59 PM

