HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Office of Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4453
Facsimile: (213) 894-0081

Attorneys for Defendant
JEFFREY YOHAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-11-AB |
|---|---|
| Plaintiff, | |
| v. | **OPPOSITION TO GOVERNMENT'S EX PARTE APPLICATION FOR JUDICIAL FINDING THAT DEFENDANT BREACHED HIS PLEA AGREEMENT** |
| JEFFREY YOHAI, | |
| Defendant. | |

The government alleges that Jeffrey Yohai breached the plea agreement that he entered into with the government. Mr. Yohai disputes the government's factual assertions in its ex parte application and opposes the government's request that the Court find he is in material breach at this time.

"Plea bargains are 'contractual in nature and must be measured by contract law standards.'" *United States v. Packwood*, 848 F.2d 1009, 1011 (9th Cir. 1998) (citing *United States v. Sutton,* 794 F. 2d 1415, 1423 (9th Cir. 1983)). "Plea agreements implicate important due process rights, however, and so the process must be fair. '[W]hen a plea rests in any significant degree on a promise or agreement of the

prosecutor . . . such a promise must be fulfilled.'" *Id.* at 1011 (citing *Santobello v. New York*, 404 U.S. 257, 262 (1971)).  If the government contends that the defendant has breached the plea agreement, thereby releasing the government from its obligations under the agreement, then the government must proffer sufficient evidence to prove the breach.  *See United States v. Plascencia-Orozco*, 852 F.3d 910, 922-23 (9th Cir. 2017).  In cases involving disputed issues of fact, the Court should hold an evidentiary hearing to determine whether there has been a breach.  *Packwood*, 848 F.2d at 1011.

      Here, the government has alleged that Mr. Yohai materially breached the terms of the plea agreement by committing new criminal offenses.  However, this alleged criminal conduct has not resulted in conviction, and Mr. Yohai disputes the government's factual assertions.  Given the significant due process issues at stake, Mr. Yohai respectfully requests that the Court set the matter for an evidentiary hearing.

                                            Respectfully submitted,

DATED: April 9, 2019          By  */s/ HILARY POTASHNER*
                                                   HILARY POTASHNER
                                                   Federal Public Defender
                                                   Attorney for JEFFREY YOHAI