ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street, 11th Floor
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 18-11-AB |
| v. | |
| JEFFREY YOHAI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [✓] Lodged: **(List Documents)**

(1) [SEALED DOCUMENT]; (2) Government's Ex Parte Application for Order Sealing Document; Declaration of Andrew Brown; and (3) [Proposed] Order Sealing Document

**Reason:**

[✓] Under Seal and/or In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

April 15, 2019
Date

AUSA ANDREW BROWN
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    NOTICE OF MANUAL FILING OR LODGING