HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Office of Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4453
Facsimile: (213) 894-0081

Attorneys for Defendant
JEFFREY YOHAI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY YOHAI, <br><br> Defendant. | Case No. CR-18-11-AB <br><br> **DEFENDANT'S POSITION RE: GOVERNMENT'S EX PARTE APPLICATION FOR JUDICIAL FINDING THAT DEFENDANT BREACHED HIS PLEA AGREEMENT** |

Without agreeing to any of the specific facts alleged, Defendant Jeffrey Yohai, by and through his counsel of record, hereby agrees that the government can prove that he breached the plea agreement filed on January 11, 2018, by a preponderance of the evidence. Defendant Jeffrey Yohai, by and through his counsel of record, therefore does not oppose a judicial finding that he is in breach of the plea agreement.

_/s/ Hilary Potashner_
HILARY POTASHNER
Federal Public Defender
Attorney for JEFFREY YOHAI