```
 1  HILARY POTASHNER (Bar No. 167060)
    Federal Public Defender
 2  (E-mail: Hilary_Potashner@fd.org)
    321 East 2nd Street
 3  Los Angeles, California 90012-4202
    Telephone: (213) 894-4453
 4  Facsimile: (213) 894-0081

 5  Attorneys for Defendant
    JEFFREY YOHAI
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                   WESTERN DIVISION
12
13  UNITED STATES OF AMERICA,        Case No. CR 18-00011-AB
                                              CR 19-00271-AB
14           Plaintiff,
15       v.                          **STIPULATION TO CONTINUE
                                     SENTENCING HEARING**
16  JEFFREY YOHAI,
17           Defendant.
18
19
20       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United
21  States of America, by and through Assistant United States Attorney Andrew Brown,
22  and defendant Jeffrey Yohai, by and through his attorney of record, Federal Public
23  ///
24  ///
25  ///
26  ///
27  ///
28
                              1
```

Defender Hilary Potashner, that the sentencing hearing scheduled for September 6, 2019 shall be continued to November 8, 2019, at 1:30 pm.

Respectfully submitted,

DATED: August 22, 2019        /s/ *Hilary Potashner*
HILARY POTASHNER
Federal Public Defender
Attorneys for JEFFREY YOHAI


NICOLA T. HANNA
United States Attorney


DATED: August 22, 2019        s/ *Andrew Brown* (per Email Authorization).
ANDREW BROWN
Assistant United States Attorney
Attorneys for
UNITED STATES OF AMERICA

2