NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102
     Facsimile: (213) 894-6269
     E-mail:     andrew.brown@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos. CR 18-11-AB, CR 19-271-AB |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING FILING; DECLARATION OF ANDREW BROWN |
| JEFFREY YOHAI, | |
| Defendant. | |

The government hereby applies ex parte for an order that the GOVERNMENT'S SEALED OBJECTIONS TO THE PRESENTENCE REPORT, filed contemporaneously, be kept under seal until further order of the Court.

//

//

//

//

//

//

This ex parte application is based on the attached declaration of Andrew Brown.

Dated: September 5, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*Andrew Brown*
ANDREW BROWN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ANDREW BROWN**

I, Andrew Brown, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of Jeffrey Yohai in these cases.

2. I have divided the government's initial sentencing filings into two: one that is not confidential and will be filed openly, and the other which is confidential and which I wish to file under seal (GOVERNMENT'S SEALED OBJECTIONS TO THE PRESENTENCE REPORT), as described below.

3. The GOVERNMENT'S SEALED OBJECTIONS TO THE PRESENTENCE REPORT consists of two victims' letters to the Court, and an affidavit by the case agent describing other criminal participants in defendant's scheme who have not been charged for their involvement but whom the government contends defendant led and organized, supporting a role enhancement.

    a. The both victims whose letters the government wishes to file under seal have specifically requested that they be filed under seal. One stressed to the case agent that he was only willing to provide the letter if it would be filed under seal. He explained that being victimized by defendant was embarrassing and could hurt his business opportunities if publicly known.

    b. It is the policy of the Department of Justice not to sully the reputations of those it has decided not to charge. The affidavit describing the other participants in defendant's scheme identifies them by name, and many of them would be identifiable even if their names were redacted because of their positions, which are

critical to understanding their criminal involvement.  Most have no criminal records.  This prosecutor has decided not to charge them.  Revealing their identities would identify them as suspected criminals, but offer them no way to refute that suspicion, as defendants can by contesting the charges in court.

4.  I exchanged emails with defense counsel Hilary Potashner who told me she supports the government's application to file under seal the affidavit describing the participation of others in defendant's conspiracy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 5, 2019.

*Andrew Brown*
_____
ANDREW BROWN

CERTIFICATE OF SERVICE

I, A. SOTO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF ANDREW BROWN; [PROPOSED] ORDER SEALING DOCUMENT; SEALED DOCUMENT

service was:

[√] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail addressed as follows:

[ ] By courier pick-up addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

[ ] By federal express as follows:

Hilary L Potashner
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4206

P.O. Laurene Harding
U.S. Probation Office
312 N. Spring Street, 6th Floor
Los Angeles, CA 90012

This Certificate is executed on September 5, 2019 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

A. SOTO