Hilary Potashner, FPD (SBN 167060)
Federal Public Defender
321 E. 2nd Street
Tel: (213) 894-4453/Fax: (213) 894-0081
Email: hilary_potashner@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>JEFFREY YOHAI<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR-18-11-AB,<br>CR 19-271-AB<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

(1) Ex Parte Application to File Document Under Seal; (2) [Proposed] Order; and (3) Defendant Jeffrey Yohai's Position Re: Sentencing

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 26, 2019
Date

Hilary Potashner, Federal Public Defender
Attorney Name

Defender Jeffrey Yohai
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*